IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARLENE WYANT and DEXTER COBB, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DUDE PRODUCTS, INC., <br><br> Defendant. | Case No. 1:21-cv-00682 <br><br> Hon. Sharon Johnson Coleman |

**DEFENDANT'S MOTION TO DISMISS CLASS ACTION COMPLAINT**

Defendant, Dude Products, Inc., respectfully moves this Court to dismiss Plaintiffs' Class Action Complaint ("Complaint") (Doc. 1), pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, with prejudice, for lack of standing and for failure to state a claim. In support of its motion, Defendant states as follows:

1. Plaintiff Wyant, a citizen of New York, and Plaintiff Cobb, a citizen of California, filed their Complaint on February 5, 2021, alleging that Defendant's personal hygiene product, Dude Wipes, are not "flushable," as advertised.

2. For themselves, a nationwide class, and New York and California subclasses, Plaintiffs claim violations of California's Consumer Legal Remedies Act ("CLRA"), Cal. Civ. Code § 1750 *et seq.* (Count I), California's Unfair Competition Law ("UCL"), Cal. Civ. Code § 17200 *et seq.* (Count II), California's False Advertising Law ("FAL"), Cal. Bus. & Prof. Code § 17500 *et seq.* (Count III), New York's Gen. Bus. Law § 349 (consumer protection) (Count IV), and New York's Gen. Bus. Law § 350 (false advertising) (Count V), in addition to breach of express warranty (Count VI) and implied warranty (Count VII).

3. As discussed in Defendant's Memorandum in support (filed simultaneously with this Motion and incorporated herein by reference), each of Plaintiffs' claims should be dismissed:

    a. Count I should be dismissed pursuant to Rule 12(b)(1) because Plaintiffs lack standing to bring injunctive relief, which is the only form of relief that they seek under their CLRA claim, and their prayer for injunctive relief should be stricken;

    b. Counts VI and VII should be dismissed pursuant to Rule 12(b)(1) to the extent that Plaintiffs attempt to bring breach of express and implied warranty claims under the laws of states in which they do not reside and did not purchase Dude Wipes because they only have standing to bring such claims under New York (Wyant) and California (Cobb) law;

    c. Counts I-V should be dismissed pursuant to Rule 12(b)(6) for failure to state a claim because Plaintiffs do not plausibly allege misleading or deceptive conduct in light of the conspicuous disclaimer on the Dude Wipes packaging and labeling;

    d. Count VI should be dismissed pursuant to Rule 12(b)(6) for failure to state a claim because the alleged warranty statement, in its entirety, would not have misled a reasonable consumer;

    e. Count VII should be dismissed pursuant to Rule 12(b)(6) for failure to state a claim because Plaintiffs do not plausibly allege that Dude Wipes are not merchantable, and, with respect to Plaintiff Wyant, because she cannot plead privity with Defendant; and

    f. Counts II and III should be dismissed pursuant to Rule 12(b)(6) because a federal court sitting in diversity may not grant injunctive relief or restitution, which are

the only remedies available under the UCL and FAL, where, as here, a plaintiff has alleged an adequate remedy at law.

WHEREFORE, Defendant, Dude Products, Inc., respectfully requests that this Court dismiss Plaintiffs' Class Action Complaint for lack of standing and for failure to state a claim pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rule of Civil Procedure, with prejudice, and for any such further relief that this Court deems just and appropriate.

Dated: April 12, 2021

Respectfully submitted,

*s/ Christine E. Skoczylas*

Christine E. Skoczylas (ARDC 6293811)
*Christine.Skoczylas@btlaw.com*
Brian W. Lewis (ARDC 6190792)
*Brian.Lewis@btlaw.com*
Paul T. Olszowka (ARDC 6291267)
*Paul.Olszowka@btlaw.com*
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606-2833
(312) 357-1313
(312) 759-5646 facsimile

*Attorneys for Defendant Dude Products, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on the 12th day of April, 2021, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record:

*s/ Christine E. Skoczylas*